# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Richard Hartel,

Plaintiff,

Civil 01-1258 (PAM)

v.

**ORDER OF DISMISSAL**

Burlington Northern, Santa Fe Railroad,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May 8, 2002

Paul A. Magnuson
United States District Court Judge

MAY 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK